IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| BOARDWALK APARTMENTS, L.C., )<br>)<br>          **Plaintiff,** )<br>)<br>v. )<br>)     11-cv-2714 JAR/KMH<br>STATE AUTO PROPERTY AND )<br>CASUALTY INSURANCE CO., )<br>)<br>          **Defendant.** ) | |

**MOTION FOR LEAVE TO FILE EXHIBIT TO PLAINTIFF BOARDWALK'S MOTION TO COMPEL UNDER SEAL**

Plaintiff, Boardwalk Apartments, L.C. ("Boardwalk") hereby moves this Court for an Order allowing Plaintiff to file Exhibit 4 to Plaintiff Boardwalk's Motion to Compel filed February 11, 2013 under seal. In support of this Motion, Boardwalk states as follows:

1. On February 11, 2013, Boardwalk filed its Motion to Compel (Doc. 86) and Exhibits 1 through 9.

2. Boardwalk discovered after the close of business on February 11 that it had inadvertently failed to file Exhibit 4 (Doc. 86-4) under seal.

3. Exhibit 4 contains proprietary information concerning State Auto's internal claims-processing policies and procedures. Defendant, State Auto Property & Casualty Insurance Co. ("State Auto") produced Exhibit 4 in the course of discovery with a "Confidential" designation pursuant to the Agreed Protective Order and Stipulation Regarding Confidentiality (Doc. 25).

4. As per paragraph 9 of the Protective Order, documents designated "Confidential" "shall" be filed under seal.

5. On February 12, 2013 the Clerk of Court temporarily sealed Exhibit 4.

6. Plaintiff seeks an Order of this Court directing the Clerk to permanently seal Exhibit 4.

7. State Auto does not oppose this Motion.

WHEREFORE, for good cause shown, Plaintiff requests this Court enter an Order, sent under separate cover to chambers, directing the Clerk of Court to permanently seal Exhibit 4.

> Respectfully submitted,
>
>    /s/ Stacey M. Bowman
> Michael Thompson    D. Kan. # 70196
> Kirsten A. Byrd    KS # 19602
> Stacey M. Bowman    KS # 23975
> HUSCH BLACKWELL LLP
> 4801 Main Street, Suite 1000
> Kansas City, MO  64112
> Tel:  816-983-8000
> Fax:  816-983-8080
> michael.thompson@huschblackwell.com
> kirsten.byrd@huschblackwell.com
> stacey.bowman@huschblackwell.com
>
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on February 12, 2013, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing service on:

Robert W. Cockerham
COCKERHAM & ASSOCIATES L.L.C.
911 Washington Avenue, Suite 211
St. Louis, Missouri  63101
(314) 621-3900
(314) 621-3903 (fax)
rcockerham@cockerhamlaw.com

*Attorneys for Defendant*

   /s/ Stacey M. Bowman