IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| BOARDWALK APARTMENTS, L.C., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 11-cv-2714 JAR/KMH |
| STATE AUTO PROPERTY AND | ) |
| CASUALTY INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
TO FILE EXHIBIT TO PLAINTIFF'S MOTION TO COMPEL UNDER SEAL**

The Court, having been fully informed on the premises, and for good cause shown, GRANTS Boardwalk's Motion for Leave to File Exhibit to Plaintiff's Motion to Compel under seal. The Court directs the Clerk of Court to permanently seal Exhibit 4 (Doc. 86-4) to Plaintiff Boardwalk's Motion to Compel. The Clerk of Court shall, however, make Exhibit 4 accessible to all counsel of record.

IT IS SO ORDERED.

This 13th day of February, 2013, at Wichita, Kansas.

S/ Karen M. Humphreys
KAREN M. HUMPHREYS
U.S. Magistrate Judge

KCP-4298510-1